Gene A Spreitzer and Sheryl L Spreitzer
c/o Gregory B. Molinar, Notary Public
P.O. Box 35037
Albuquerque, NM 87176-5037

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 2 4 2011

Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **Gene Arthur Spreitzer, lawful man, and** ) <br> **Sheryl Luella Spreitzer, lawful woman,** ) <br> **neutral intervening third parties** ) <br> ) <br> **GENE A SPREITZER,** ) <br> **SHERYL L SPREITZER** ) <br> **Libelants** ) <br> **vs.** ) <br> ) <br> **PATRICIA ANNE MICHITSCH** ) <br> **DAVID M FRIEDMAN,** ) <br> **AMERICAN HOME MORTGAGE** ) <br> **SERVICING INCORPORATED,** ) <br> **DEUTSCH BANK NATIONAL TRUST** ) <br> **COMPANY AS TRUSTEE FOR** ) <br> **AMERIQUEST MORTGAGE** ) <br> **SECURITIES INCORPORATED,** ) <br> **ASSET BACKED PASSTHROUGH** ) <br> **CERTIFICATES, SERIES 2003-11,** ) <br> **SETH H. WAUGH,** ) <br> **DEUTSCHE BANK TRUST COMPANY** ) <br> **AMERICAS,** ) <br> **JOHN A. ROSS,** ) <br> **TAUNUS CORPORATION,** ) <br> **WILBUR L. ROSS JR.,** ) <br> **WL ROSS AND COMPANY LLC,** ) <br> **LEO STAWIARSKI,** ) <br> **MOSS CODILIS LLP,** ) <br> **ERIC HOLDER,** ) <br> **TIMOTHY GEITHNER,** ) <br> **Libelees** ) | **NOTICE OF COMMERCIAL** <br> **LIEN (with attachments)** <br> <br> 11-CV-28-F <br> mc-08D |

**FOR AND ON THE RECORD:**

The following true and exact copies of the recorded lien documents are attached hereto and entered into the record in the above referenced case in support of and supported by the Miscellaneous Filing in Federal District Court, District of Wyoming, of the Commercial Notice Within the Admiralty of the Filing of Foreign Judgment by Estoppel:

1. certified copy of the "UCC Financing Statement" (with Apostille attached), Document Id, 2010-44171231 filed on June 8th, 2010, 01:13 PM, at Secretary of State in the State of Wyoming, (labeled Exhibit A);

2. certified copy of the "Amended Affidavit of Obligation / Commercial Lien", dated June 16th, 2010, recorded in the Campbell County Clerk and Recorder's Office in the State of Wyoming, Receipt # 943572, filed in Book 53 of Liens, Pages 275 – 281, on June 17th, 2010, at 9:00:00 AM, (labeled Exhibit B);

3. copy of the "Notarial Protest and Certificate of Dishonor and Notice of Administrative Judgment with Estoppel", File No. RA746233924US Dated May 24th, 2010, (labeled Exhibit C);

4. copy of the "Amended Commercial Affidavit of Truth of Gene A Spreitzer", Receipt # 942188, filed in Book 2537 of Photos, Page #s 320 - 323, on May 12th, 2010, at 11:00: AM, in the Campbell County Clerk and Recorder's Office in the State of Wyoming, (labeled Exhibit D);

The aforementioned documents evidence the completion and perfection of the administrative process commenced by the "Notice of Administrative Commercial Claim Within the Admiralty *ab initio* Administrative Remedy" File # RA746233924US, dated February 16th, 2010, in which all terms have been agreed to by all parties and is thereby complete, perfected and is an Administrative Judgment with Estoppel.

## **JURAT**

**GENE A SPREITZER:**

Campbell County          )
                         ) ss
State of Wyoming         )

By: Gene Arthur Spreitzer, agent,
UCC 3-402(b)(1)

I, _____, a Notary Public residing in Campbell County, Wyoming, did upon proper identification, witness this document being signed, subscribed and sworn or affirmed to, under oath before me by Gene Arthur Spreitzer and

Signature: Gene Arthur Spreitzer, Creditor,
Secured Party, Real Party in Interest, lawful man

Sheryl Luella Spreitzer on this _____ day of _____,
2010, 2011
My commission expires: _____

**SHERYL L SPRETIZER:**

By: Sheryl Luella Spreitzer, agent
UCC 3-402(b)(1)

Notary Public

Signature: Sheryl Luella Spreitzer, Creditor,
Secured Party, Real Party in Interest, lawful woman



LALIA J. JACERS - NOTARY PUBLIC
County of Campbell          State of Wyoming
My Commission Expires Sept. 18, 2013

Attachments:    Exhibit A: True and Correct Copy of UCC-1 Financing Statement with Apostille,
                Exhibit B: True and Correct Copy of the Amended Affidavit of Obligation / Commercial Lien,
                Exhibit C: True and Correct Copy of the Notarial Protest and Certificate of Dishonor and Notice of Administrative
                    Judgment with Estoppel,
                Exhibit D: True and Correct Copy of the Amended Commercial Affidavit of Truth of Gene A Spreitzer

Miscellaneous Filing in Federal District Court, District of Wyoming:
Commercial Notice of Lien
Page 3 of 3

# State of Wyoming



**Office of the**

## SECRETARY OF STATE

# *Apostille*

(Convention de La Hague du Octobre 1961)

1. Country:     United States of America
   This public document

2. has been
   signed by: _____ Denise Herman _____

3. acting in
   the capacity of: _____ Business Registrar, State of Wyoming _____

4. bears the seal/stamp of: _____ the State of Wyoming _____

*Certified*

5. at: _____ Cheyenne, Wyoming _____    6.    the _____ 8th day of June, 2010 _____

7. by: _____ Sharen Cochran, Administrative Support Registrar, State of Wyoming _____

8. No: _____ 49235

9.                                                      10.    Signature

*Sharen Cochran*

**Exhibit A**

# Wyoming Secretary of State

Max Maxfield
Secretary of State



Patricia O'Brien Arp
Deputy Secretary of State

## Certification Statement

I, Max Maxfield, Secretary of State, Secretary of the State of Wyoming, U.S.A., do hereby certify that this is a true copy of the UCC Financing Statement as filed in this office as of June 08, 2010. The Secretary of State does NOT express an opinion regarding the financial condition or the business practices of this company since this information is not available from the records of this office.

*Max Maxfield*

Max Maxfield, Secretary of State

*Compliance: (307) 777-7370*
*Elections: (307) 777-7186*
*Technology: (307) 777-5953*
*Fax: (307) 777-7640*

State Capitol Building
200 West 24th Street
Cheyenne, WY 82002
Phone: (307) 777-7378
E-mail: secofstate@state.wy.us
Website: http://soswy.state.wy.us

*Front Office: (307) 777-7378*
*Administrative Support: (307) 777-5348*
*Business Division: (307) 777-7311*
*Fax: (307) 777-5339*

# SECRETARY OF STATE

# STATE OF WYOMING

**MAX MAXFIELD**

**BUSINESS DIVISION**

State Capitol Building
200 West 24th Street
Cheyenne, WY 82002-0020

Phone 307-777-7311
Fax 307-777-5339
Email: ucc@state.wy.us

## UCC FINANCING STATEMENT

SEND ACKNOWLEDGEMENT TO:

**GENE SPREITZER**
**108 SEQUOIA DR**
**GILLETTE, WY 82718**
**USA**

NAME & PHONE OF CONTACT
**GENE SPREITZER, 307-682-1452**

Email

## DOCUMENT INFORMATION

| DOCUMENT ID | | INITIAL FILING DATE | NUMBER OF ATTACHMENTS |
|---|---|---|---|
| **2010-44171231** | | **06/08/2010 01:13 PM** | **0** |
| ALT DESIGNATION | | LAPSE DATE | |
| **DEBTOR/SECURED PARTY** | | **06/08/2015 01:13 PM** | |
| RECORD TYPE | | FILING STATUS | |
| **UCC** | | **ACTIVE** | |

| FILER REFERENCE |
|---|
| |

## DEBTOR(S) INFORMATION

*NEW DEBTOR INFORMATION*

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **AMERICAN HOME MORTGAGE SERVICING INCORPORATED** | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | | |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **1525 S BELT LINE RD** | | **COPPELL** | | **TX** | **75019-4913** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any | |
| **42-1739728** | **CORP** | | **DE** | ☑ NONE | |

*NEW DEBTOR INFORMATION*

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **FRIEDMAN** | | **DAVID** | | **M** | |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **1525 S BELT LINE RD** | | **COPPELL** | | **TX** | **75019-4913** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any | |
| | | | | | |

*NEW DEBTOR INFORMATION*

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY** | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | | |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **601 RIVERSIDE AVE BLDG 5 STE 200** | | **JACKSONVILLE** | | **FL** | **32204** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any | |
| | **CORP** | | **NV** | **NV E0130572007-5** | |

# UCC FINANCING STATEMENT

**NEW DEBTOR INFORMATION**

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **WL ROSS AND CO LLC** | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **1166 AVENUE OF AMERICAS** | | **NEW YORK** | | **NY** | **10036** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION **LLC** | | JURISDICTION OF ORGANIZATION **DE** | | ORGANIZATIONAL ID #, if any |

**NEW DEBTOR INFORMATION**

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **ROSS** | | **WILBUR** | | **L** | **JR** |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **1166 AVENUE OF AMERICAS** | | **NEW YORK** | | **NY** | **10036** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | | JURISDICTION OF ORGANIZATION | | ORGANIZATIONAL ID #, if any |

**NEW DEBTOR INFORMATION**

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **MOSS CODILIS LLP** | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **6560 GREENWOOD PLAZA BLVD STE 100** | | **ENGLEWOOD** | | **CO** | **80111-7100** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION **LLP** | | JURISDICTION OF ORGANIZATION **CO** | | ORGANIZATIONAL ID #, if any **CO 19971043488** |

**NEW DEBTOR INFORMATION**

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **STAWIARSKI** | | **LEO** | | | |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **6560 GREENWOOD PLAZA BLVD STE 100** | | **ENGLEWOOD** | | **CO** | **80111-7100** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | | JURISDICTION OF ORGANIZATION | | ORGANIZATIONAL ID #, if any |

**NEW DEBTOR INFORMATION**

| ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS** | | | | | |
| INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| MAILING ADDRESS | | CITY | | STATE | POSTAL CODE |
| **60 WALL ST** | | **NEW YORK** | | **NY** | **10005-2836** |
| | | COUNTRY | | | |
| | | **USA** | | | |
| TAX ID #: SSN OR EIN **13-4941247** | TYPE OF ORGANIZATION **CORP** | | JURISDICTION OF ORGANIZATION **NY** | | ORGANIZATIONAL ID #, if any |

# UCC FINANCING STATEMENT

## NEW DEBTOR INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| **WAUGH** | | **SETH** | **H** | **CEO** |
| MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| **60 WALL ST** | | **NEW YORK** | **NY** | **10005-2836** |
| | | COUNTRY | | |
| | | **USA** | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | | ORGANIZATIONAL ID #, if any |

## NEW DEBTOR INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **TAUNUS CORPORATION** | | | | |

| INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |
| MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| **60 WALL ST** | | **NEW YORK** | **NY** | **10005-2836** |
| | | COUNTRY | | |
| | | **USA** | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION **CORP** | JURISDICTION OF ORGANIZATION **DE** | | ORGANIZATIONAL ID #, if any |

## NEW DEBTOR INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| **HOLDER** | | **ERIC** | | |
| MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| **950 PENNSYLVANIA AVE NW** | | **WASHINGTON** | **DC** | **20530-0001** |
| | | COUNTRY | | |
| | | **USA** | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | | ORGANIZATIONAL ID #, if any |

## NEW DEBTOR INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| **GEITHNER** | | **TIMOTHY** | | |
| MAILING ADDRESS | | CITY | STATE | POSTAL CODE |
| **1500 PENNSYLVANIA AVE NW** | | **WASHINGTON** | **DC** | **20220** |
| | | COUNTRY | | |
| | | **USA** | | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | | ORGANIZATIONAL ID #, if any |

## SECURED PARTY'S NAME(S)   (or NAME of TOTAL ASSIGNEE OF ASSIGNOR S/P)

### NEW SECURED PARTY INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **SPREITZER** | **GENE** | **ARTHUR** | |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| **108 SEQUOIA DR** | **GILLETTE** | **WY** | **82718-6309** |
| | COUNTRY | | |
| | **USA** | | |

### NEW SECURED PARTY INFORMATION

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **SPREITZER** | **SHERYL** | **LUELLA** | |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| **108 SEQUOIA DR** | **GILLETTE** | **WY** | **82718** |
| | COUNTRY | | |
| | **USA** | | |

COLLATERAL INFORMATION   This FINANCING STATEMENT covers the following collateral:

# UCC FINANCING STATEMENT

COLLATERAL INFORMATION — This FINANCING STATEMENT covers the following collateral.
COLLATERAL TAKEN FROM CD:

Item 4: This FINANCING STATEMENT covers the following collateral:

Description: THE ABOVE LISTED DEBTORS HAVE CONSENTED TO THIS COMMERCIAL LIEN FILING BY WAY OF THE NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY dated February 16th, 2010 File # RA746233924US, FIRST MAILING VIA REGISTERED MAIL # RA 746 233 915 US, AND PERFECTED ON MAY 28TH, 2010 AND IS NOW IN THE ACCOUNTING AND TRUE BILL AMOUNT OF $ 7,820,922.64   Seven Million Eight Hundred Twenty Thousand Nine Hundred Twenty Two and 64/100 US Dollars. COLLATERAL INCLUDES ALL PERSONAL AND REAL PROPERTY; FOREIGN AND DOMESTIC BANK ACCOUNTS; PRIVATE EXEMPTIONS; RECEIVABLES; NEGOTIABLE INSTRUMENTS OF ANY TYPE OR KIND; GOVERNMENT RISK MANAGEMENT ACCOUNTS; RETIREMENT ACCOUNTS; INSURANCE POLICIES; STOCKS AND BONDS; INVESTMENTS AND THE PROCEEDS THEREFROM, ALONG WITH THE FUTURE EARNINGS OF THE DEBTOR NOW SECURED BY SAID LIEN.

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gene Spreitzer  307 682 1452

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Gene Spreitzer
108 Sequoia Drive
Gillette, Wyoming, 82718

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Incorporated | | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| | | | | | | |

| 1c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 1525 S Belt Line Road | | | Coppell | TX | 75019-4913 | USA |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 42-1739728 | | CORPORATION | DELAWARE | | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| FRIEDMAN | | | DAVID | M | | CEO |

| 2c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 1525 S Belt Line Road | | | Coppell | TX | 75019-4913 | USA |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| Spreitzer | | Gene | Arthur | | |

| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 108 Sequoia Drive | | Gillette | WY | 82718-6309 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Please see included CD, as per request.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | | |
|---|---|---|---|
| OR | 9a. ORGANIZATION'S NAME | | |
| | American Home Mortgage Servicing Incorporated | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME -** insert only one name (11a or 11b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | | |
| | Deutsche Bank National Trust Company | | | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 601 Riverside Ave Building 5, Suite 200 | Jacksonville | FL | 32204 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | App. of Res. Agent | NEVADA | NV E0130572007-5 | ☐ NONE |

**12.** ☑ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 12a. ORGANIZATION'S NAME | | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | Spreitzer | Sheryl | Luella | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 108 Sequoia Drive | Gillette | WY | 82718-6309 | USA |

**13. This FINANCING STATEMENT covers** ☐ **timber to be cut or** ☐ **as-extracted** collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

American Home Mortgage Servicing Incorporated

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

WL Ross and Co. LLC

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1166 Avenue of the Americas | New York | NY | 10036 | USA |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Deleware | ☑ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S**  NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME |
|---|
| American Home Mortgage Servicing Incorporated |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Ross | Wilbur | L. | Jr. |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1166 Avenue of the Americas | New York | NY | 10036 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME |
|---|
| American Home Mortgage Servicing Incorporated |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| Moss CODILIS LLP |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6560 Greenwood Plaza Boulevard Suite 100 | Englewood | CO | 80111-7100 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | L L Partnership | Colorado | CO 19971043488 [ ] NONE |

12. [ ] ADDITIONAL SECURED PARTY'S or [ ] ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [ ] fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a [ ] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

18. Check only if applicable and check only one box.
[ ] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| American Home Mortgage Servicing Incorporated | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Stawiarski | Leo | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6560 Greenwood Plaza Boulevard Suite 100 | Englewood | CO | 80111-7100 | USA |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| OR | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | American Home Mortgage Servicing Incorporated | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | DEUTSCHE BANK TRUST COMPANY AMERICAS | | | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 60 Wall Street | New York | NY | 10005-2836 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 134941247 | | CORPORATION | New York | ☑ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| American Home Mortgage Servicing Incorporated | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

OR

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| WAUGH | SETH | H. | | CEO |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 60 Wall Street | New York, | NY | 10005-2836 | USA |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

**12.  ADDITIONAL SECURED PARTY'S** or  **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15.  Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| | American Home Mortgage Servicing Incorporated |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Taunus Corporation | | | | | |

OR

| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 60 Wall Sreet | | New York | NY | 10005-2836 | USA |

| 11d. TAX ID #:   SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | DELAWARE | | ☑ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15.  Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust  or  ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| | American Home Mortgage Servicing Incorporated |
| OR | |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| | |
|---|---|
| 11a. ORGANIZATION'S NAME | |

| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | HOLDER | ERIC | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | USA |

| 11d. TAX ID #. SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

**12.** ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | |
|---|---|
| 12a. ORGANIZATION'S NAME | |

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**943572** **Book** **53** **of LIENS** **Page** **00275**



File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

**943572**

# AMENDED
## AFFIDAVIT OF OBLIGATION / COMMERCIAL LIEN

### Date: June 16th, 2010

This Document is intended to replace the Affidavit of Obligation, Commercial Lien of Gene A Spreitzer and Sheryl L Spreitzer, Reception # 943200 recorded at the Campbell County Clerk and Recorder's Office in book 2542 of Photos, Pages 00658, 00659, 00660, 00661, 00662, 00663, and 00664 recorded on June 8th, 2010, at 2:40 pm, as that document contains errors and omissions hereby corrected and inserted in this document.

## Parties:

Gene Arthur Spreitzer and Sheryl Luella Spreitzer,
Creditors, Secured Parties, Real Parties In Interest
c/o Greg Molinar, Notary Public
P.O. Box 35037
Albuquerque, NM 87176-5037

## LIEN DEBTORS:

David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer
American Home Mortgage Servicing Inc. (AHMSI)
1525 S Belt Line Rd
Coppell, TX 75019-4913

Deutsche Bank National Trust Company, as trustee for
Ameriquest Mortgage Securities Inc., Asset-Backed PassThrough
Certificates, Series 2003-11
601 Riverside Ave Building 5, Suite 200
Jacksonville, FL 32204

Wilbur L. Ross Jr. dba: WILBUR L. ROSS JR., Chairman and Chief Executive Officer
WL Ross and Co. LLC
1166 Avenue of the Americas
New York, New York 10036

Leo Stawiarski dba; LEO STAWIARSKI
Moss CODILIS LLP
6560 Greenwood Plz Blvd. St 100
Englewood CO 80111-7100

President and Chief Executive Officer; Seth H. Waugh dba: SETH H. WAUGH
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 Wall St
New York, NY 10005-2836

## Exhibit B

Amended Affidavit of Obligation / Commercial Lien
Re: American Home Mortgage Servicing Inc.     Page 1 of 7     June 16th, 2010
Acct # 4000462160     VOID WHERE PROHIBITED BY LAW

File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

John A Ross dba JOHN A. ROSS: President & Chief Executive Officer
Taunus Corp
60 Wall St
New York, NY 10005-2836

Amount of lien jointly and severally for Lien Debtors above:
**$ 7,820,922.64   Seven Million Eight Hundred Twenty Thousand Nine Hundred Twenty Two
and 64/100 US Dollars.**

## Established Facts of the Case:

Certain facts have been conclusively established through the conduct of DAVID M FRIEDMAN,
American Home Mortgage Servicing Inc., Deutsche Bank National Trust Company, as trustee for
Ameriquest Mortgage Securities Inc., Asset-Backed PassThrough Certificates, Series 2003-11,
Wilbur L. Ross Jr., WL Ross and Co. LLC, Leo Stawiarski, Moss CODILIS LLP, Seth H. Waugh,
DEUTSCHE BANK TRUST COMPANY AMERICAS, John A Ross, and   Taunus Corp.,
(hereinafter Libelees) officially, individually, jointly and severally,  and through the completion and
perfection of the administrative commercial claim process that commenced with the NOTICE OF
ADMINISTRATIVE   COMMERCIAL   CLAIM   WITHIN   THE   ADMIRALTY   ab   initio
ADMINISTRATIVE REMEDY dated February 16th, 2010 File # RA746233924US, and served on
all Libelees on February 23rd, 2010, (hereinafter **Administrative Commercial Claim**) and is
completed and perfected by the NOTARIAL PROTEST AND CERTIFICATE OF DISHONOR
AND NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL dated May 24th, 2010 File
# RA746233924US and served on all Libelees on May 26th, 2010. The established facts that
follow are recorded in the "AMENDED COMMERCIAL AFFIDAVIT OF TRUTH" filed May 12th,
2010 at the Campbell County Clerk and Recorder's Office:  Reception # 942188, Book 2533 of
Photos, Pages 320, 321, 322, and 323.

Gene Arthur Spreitzer and Sheryl Luella Spreitzer, (hereafter Libelants) having personal first
hand knowledge of certain facts relevant to matters of all above named Libelees, hereby state:

1.   The record shows Libelants and Libelees did not and do not have a valid contract
     (Contract), at all times relevant, the terms of which require Libelants to pay Libelees.

2.   The record shows that no Libelee is the Holder in Due Course of any commercial instrument
     wherein Libelants are liable.

3.   The record shows that Libelants have not refused to pay or discharge any valid obligation
     owed to American Home Mortgage Servicing Inc., or any other herein listed Libelee.

4.   The record shows that Libelees believe they have somehow acquired an interest in an
     alleged American Home Mortgage Servicing Inc. Mortgage Contract Account # 4000462160
     (Contract) but have not provided to Libelants any assurance and VERIFIED STATEMENT
     OF ACCOUNT that American Home Mortgage Servicing Inc., or any other herein listed
     Libelee, has any interest in the alleged contract.

5.   The record shows that all Libelees have failed, neglected, or refused to provide to Libelants,
     evidence that the original parties to the alleged contract were given "full disclosure"

File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

regarding the nature of the transaction and the bookkeeping entries of the Original Creditor, which should indicate that Libelants were the parties that funded the loan.

6.  The record shows that all Libelees have failed, neglected, or refused to provide to Libelants evidence that the Original Creditor did not accept something of value from Libelants resulting in a new liability on the books of the Original Creditor which would be owed to the parties who funded the loan.

7.  The record shows that all Libelees have failed, neglected, or refused to provide to Libelants evidence that in the alleged contract, the alleged "Original Creditor" received permission from Libelants to deny Libelants equal protection under the alleged contract.

8.  The record shows that all Libelees have failed, neglected, or refused to provide evidence that Libelants cannot legally repay any money, verified and/or assured by the alleged "Creditor" to be owed, in the same species of money or money-equivalent used to fund the loan, and/or any of the species of money recognized and authorized by the Federal Reserve and pursuant to 31 U.S.C. 5103, HJR-192 and Public Law 73-10.

9.  The record shows that Libelants did "HEREBY TENDER OFFER TO PAY THE FULL AMOUNT VERIFIED TO BE OWED, pursuant to UCC 3-603, upon verification and/or adequate assurance of the alleged debt (subject to cross-examination and the penalty of perjury)," allegedly owed by Libelants, whereas such would have substantiated that American Home Mortgage Servicing Inc. has NOT perpetrated a fraud upon Libelants and American Home Mortgage Servicing Inc. is, in fact, the holder in due course of its claims.

10. The record shows that payment shall be deemed refused by American Home Mortgage Servicing Inc., and/or no obligation exist, if American Home Mortgage Servicing Inc. did not provide verification and/or adequate assurance of the alleged debt as therein requested, and any debt allegedly owed by Libelants is extinguished as an operation of law. "[A]n obligation.... once extinct, it never revives again." **_Ogden v. Saunder_**, *25 U.S. 213 (1827).*

11. The record shows that the **Administrative Commercial Claim,** having been completed, does settle all matters and any controversy between the parties and does constitute an agreement between the parties and constitutes a valid security agreement and can be scheduled on an appropriate UCC form.

12. The record shows that the **Administrative Commercial Claim** does constitute an agreement between the parties for a commercial maritime lien to issue and perfection by attachment can occur and is granted and astipulated.

13. The record shows that in part, Libelants' remedy is provided within the Supplemental Rules of Admiralty, wherein the Remedy to a hostile presentment, which is a criminal scienter act, is to file a Certificate of Exigency with the Clerk of the Court/Warrant Officer, who is then compelled by law to issue warrants for the arrest of any and all offenders.

14. The record shows that this Administrative Judgment Agreement/Contract shall be paid by Risk Management, public hazard bonds, property and any other applicable assets under the provisions of 46 USC §748.

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

15. The record shows that Libelees did accept, concur and agree to all statements and claims made herein by Libelants, by simply remaining silent.

16. The record shows that Libelees did accept, concur and agree that Libelants have exhausted all of Libelants' Administrative Remedies via the **Administrative Commercial Claim** wherein all parties are in agreement either by negotiation, tacit agreement or by the Doctrine of Laches.

17. The record shows that Libelees did accept, concur and agree that by Libelee's silence, Libelees grant to Libelants limited power of attorney to sign for and execute for Libelees regarding this perfected Agreement/Contract by Tacit Procuration.

18. The record shows Libelees admit that the **Administrative Commercial Claim** as is completed by <u>CERTIFICATE OF DEFAULT AND ASSENT BY NON-RESPONSE AND/OR ANSWER</u> dated March 26th, 2010 File # RA746233924US and the <u>NOTARIAL PROTEST AND CERTIFICATE OF DISHONOR AND NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL</u> dated May 24th, 2010 File # RA746233924US by a Notary Public, does settle all matters and any controversy between the parties and does constitute an agreement between the parties and does constitute a valid security agreement and can be scheduled and recorded on an appropriate UCC form.

19. The record shows Libelees admit that the **Administrative Commercial Claim** as is completed by <u>CERTIFICATE OF DEFAULT AND ASSENT BY NON-RESPONSE AND/OR ANSWER</u> dated March 26th, 2010 File # RA746233924US and the <u>NOTARIAL PROTEST AND CERTIFICATE OF DISHONOR AND NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL</u> dated May 24th, 2010 File # RA746233924US by a Notary Public, does settle all matters and any controversy between the parties and does constitute admissions by due process, which said admissions can be entered into any case, in any court, as the admissions of the parties.

20. The record shows Libelees admit that the RECORD as stated above stands as truth in commerce and has not and cannot be rebutted by affidavit on all points, point for point and failure to rebut, <u>each and every</u> point, is deemed an admission of <u>all</u> the points contained in the RECORD including an agreement to the amounts contained in the <u>True Bill</u>.

21. **Ledgering:** Ledgering for the violations of the contract and for torts against Lien Creditor by lien debtors, are limited to actual damages plus Three times compensatory. The specific violations of the contract or tort are listed below:

## LIEN DEBTOR

| | |
|---|---|
| 1. **Amount of Promissory Note** Number:  RA746233924US | $ 132,952.50 |
| 2. **Amount of Libellants' total payments on the counterfeit securities in the form of monthly statements of the account to date** | $    64,662.83 |
| 3. **Amount for Libellants having to respond to counterfeit security in the form of monthly statement of account** | $    30,000.00 |
| 4. **Amount for failure to provide a verified color copy of the original,** | |

**943572** **Book** **53** ol **LIENS**                                    Page **00279**

File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

    **unaltered note accompanied by definitive evidence that** American
    Home Mortgage Servicing Inc. **is the Holder in Due Course.**      **$   50,000.00**

5. **Amount for attempts to assert a fraudulent claim against Libellants,**
   **by the use of counterfeit securities, by use of U.S. Mail,**
   **with the intent to extort and coerce money from Libellants,**     **$  500,000.00**

6. **Amount for failure to provide full disclosure**      **+ $  200,000.00**

7. **Subtotal**      **$ 977,615.33**

8. **Plus Three times compensatory multiplier**      **+ $ 2,932,845.99**

9. **Subtotal**      **$ 3,910,461.32**

10. **Two times punitive multiplier**      **x        2**

11.                 **SUM CERTAIN TOTAL**      **$ 7,820,922.64**

$ 7,820,922.64  Seven Million Eight Hundred Twenty Thousand Nine Hundred Twenty Two and
64/100 US Dollars.

**Libelants reserve the right to amend, correct and adjust the Accounting and True Bill,
without notice, pursuant to the terms and conditions as set forth, and agreed to by all
parties, in the Administrative Commercial Claim and all subsequent and related
documents.**

The Sum Certain in US Dollars, as measured by the equivalent value of gold on the date of this
document, translated in ounces and adjusted in ounces which can be converted in numerical
parity with the Euro Dollar and any other superior currency backed by gold or may also be paid in
gold and equal value in real property and natural resources, or any agreeable combination of the
above.

#### Surety:
The surety/property utilized to guarantee the payment of this commercial lien is the
operational/commercial bonds if any of each of the Lien Debtors. If the bond(s) of the Lien
Debtors is/are insufficient for coverage of the payment(s), then the assets of the Lien Debtor(s)
will be utilized as follows: all personal and real property; foreign and domestic bank accounts;
private exemptions; receivables; negotiable instruments of any type or kind; government risk
management accounts; retirement accounts; insurance accounts; stocks and bonds; investments
and the proceeds therefrom, along with the future earnings and other property of the Lien
Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the
property normally exempted in the lien process (includes survival provisions).

**Proof of Allegations:** see record in "<u>AMENDED COMMERCIAL AFFIDAVIT OF TRUTH</u>" filed
May 12th, 2010 at the Campbell County Clerk and Recorder's Office: Reception # 942188, Book
2533 of Photos, Pages 320, 321, 322, and 323. See also, <u>NOTICE OF ADMINISTRATIVE
COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY</u> dated
February 16th, 2010 File # RA746233924US filed in the UNITED STATES DISTRICT COURT,
DISTRICT OF WYOMING in Case # _____ (pending) _____ filed on ___ (pending) ___.

Amended Affidavit of Obligation / Commercial Lien
Re: American Home Mortgage Servicing Inc.       Page 5 of 7        June 16th, 2010
Acct # 4000462160        VOID WHERE PROHIBITED BY LAW

File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

## NOTICE OF MAXIMS

• All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

• Truth as a valid statement of reality is sovereign in commerce.

• An un-rebutted affidavit stands as truth in commerce.

• An un-rebutted affidavit is acted upon as the judgment in commerce.

• Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

• All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses; hence, governments cannot exercise the power to expunge commercial processes.

• The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

• The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond

• Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

• In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.

• If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days then it must pay the full face value of a defaulted Lien process (at 90 days).

• Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

• Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

• A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

• Governments cannot make un-bonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

• It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.

• An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

• An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

• It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien.

• Only the Lien Claimant or a Jury can dissolve a commercial lien.

• Notice to agent is notice to principal; notice to principal is notice to agent.

**943572**   **Book**   **53**   **of LIENS**                    **Page   00281**

File # RA746233924US

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*This is a USSEC Tracer Flag*
*Not a point of Law*

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS:** All officials (including officers of the court) are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance.  Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

Campbell  County            )
                            )  ss        Commercial Oath and Verification
State of Wyoming            )


We, Gene Arthur Spreitzer, agent for GENE A SPREITZER, and Sheryl Luella Spreitzer agent for SHERYL L SPREITZER, certify on our own commercial liability that we have read the above and we have grounds, and do believe that the above mentioned acts were committed as stated, and to the best of our knowledge and recollection this is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

### JURAT

Campbell County            )
                          )  ss
State of Wyoming           )

I,  _Mary P. G.llis_  , a Notary Public
residing in Campbell County, Wyoming, did upon proper
identification, witness this document being subscribed and
sworn or affirmed as to the truth thereof, under oath before
me by Gene Arthur Spreitzer and Sheryl Luella Spreitzer

on this  _16 K_  day of  _June_  , 2010 and I
did witness his and her signatures on the above
AMENDED AFFIDAVIT OF OBLIGATION / COMMERCIAL
LEIN.

_____
Notary Public

My commission expires:  _Jan. 18, 2013_
seal

MARY P. GILLIS - NOTARY PUBLIC
County of          State of
Campbell           Wyoming
My Commission Expires Jan. 18, 2013

GENE A SPREITZER: Libellant
By:  Gene Arthur Spreitzer, agent,
UCC 3-402(b)(1)

_____
Signature:  Gene Arthur Spreitzer, Creditor,
Secured Party, Real Party in Interest, lawful man

SHERYL L SPRETIZER, Libellant
By: Sheryl Luella Spreitzer, agent,
UCC 3-402(b)(1)

_____
Signature: Sheryl Luella Spreitzel, Creditor,
Secured Party, Real Party in Interest; lawful woman

RECORDED
ABSTRACTED
INDEXED
CHECKED

**943572**   **Recorded on**   **6/17/2010**   **at 9.00.00**      **Fee   27.00**
**Book**   **53**   **of LIENS**                              **Pages**   **275   to   281**
**Susan F. Saunders, Campbell County Clerk**      **by: B. GREGORY**

Amended Affidavit of Obligation / Commercial Lien
Re: American Home Mortgage Servicing Inc.            Page 7 of 7                    June 16th, 2010
Acct # 4000462160                          VOID WHERE PROHIBITED BY LAW

File # RA746233924US
Via CERTIFIED MAIL
# 7009 1680 0001 7914 8678

*A USSFC Tracer Flag*
*Not a point of Law*



Gene Arthur Spreitzer and Sheryl Luella Spreitzer,
Creditors, Secured Parties, Real Parties In Interest
Campbell County
State of Wyoming
united States of America 1787 AD



## NOTARIAL PROTEST AND
## CERTIFICATE OF DISHONOR AND
## NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL
### File # RA746233924US

Date: May 24th, 2010

### LIBELANTS:
GENE A SPREITZER and SHERYL L SPREITZER
c/o Greg Molinar, Notary Public
P.O. Box 35037
Albuquerque, NM 87176-5037

### Creditors, Secured Parties, Real Parties In Interest
Gene Arthur Spreitzer and Sheryl Luella Spreitzer
Private Bond No. RA746233938US

### LIBELEES:
David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer
American Home Mortgage Servicing Inc. (AHMSI)
PO Box 631730
Irving, TX 75063-1730

Wilbur L. Ross Jr. dba: WILBUR L. ROSS JR., Chairman and Chief Executive Officer
WL Ross and Co. LLC
1166 Avenue of the Americas
New York, New York 10036

Leo Stawiarski dba; LEO STAWIARSKI
Moss CODILIS LLP
6560 Greenwood Plz Blvd. St 100
Englewood CO 80111-7100

Douglas R Barnard dba; DOUGLAS R. BARNARD
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 Wall St
New York, NY 10005-2836

John A Ross dba JOHN A. ROSS: President & Chief Executive Officer
Taunus Corp
60 Wall St
New York, NY 10005-2836

Exhibit C

File # RA746233924US
Via CERTIFIED MAIL
# 7009 1680 0001 7914 8678

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

Susan Saunders dba: SUSAN SAUDERS, CAMPBELL COUNTY CLERK
500 S Gillette Ave, Ste 1600
Gillette, WY 82716

William H. Pownall dba: WILLIAM H POWNALL, SHERIFF CAMPBELL COUNTY
600 West Boxelder Rd.
Gillette, WY 82718

Tom Eekhoff, dba, TOM EEKHOFF, CAMPBELL COUNTY CORONER,
PO Box 281
Gillette, WY 82717-0281

ERIC HOLDER, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN
U.S. Department of Justice,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

TIMOTHY GEITHNER: US SECRETARY OF THE TREASURY
Department of the Treasury,
1500 Pennsylvania Ave., NW,
Washington, DC 20220

In care of:     DAVID M FRIEDMAN, Libelee, is charged with distributing copies to all other named
Libelees.

**The term "Libelee" hereinafter includes/applies to, all above and below named Libelees and
entities, jointly and severally or interests therein unless specified differently.**

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Libelees' failure to answer the NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM WITHIN
THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY dated February 16th, 2010 File #
RA746233924US of Gene Arthur Spreitzer and Sheryl Luella Spreitzer, CREDITORS, and
SECURED PARTIES, has put Libelees in default as witnessed by the Notary Public in the
sequence of events herein described, and the Notary Public as Witness, Gregory B. Molinar, states
the following upon firsthand knowledge:

1. The Libelants/Declarants served the NOTICE OF ADMINISTRATIVE COMMERCIAL
   CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY dated February
   16th, 2010 File # RA746233924US of Gene Arthur Spreitzer and Sheryl Luella Spreitzer,
   CREDITORS, and SECURED PARTIES, upon the Libelees on February 23rd, 2010,
   allowing Ten (10) days to answer. Notary Public as Witness, Gregory B. Molinar, certifies
   that no timely response and/or answer, by legal definition, is made by Libelees.

File # RA746233924US
Via CERTIFIED MAIL
# 7009 1680 0001 7914 8678

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

2.  The Libelants/Declarants served a Notice of Dishonor and Assent upon the Libelees in the form of a NOTICE OF DISHONOR AND ASSENT, FAULT AND OPPORTUNITY TO CURE on March 16th, 2010, allowing three (3) days to cure plus three (3) days for mailing. Notary Public as Witness, Gregory B. Molinar, certifies that no timely response and/or answer, by legal definition, is made by Libelees.

3.  The Notary Public as Witness did certify, and serve upon the Libelees, the non-response and/or answer and acceptance by Libelees of the terms of the NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY dated February 16th, 2010 File # RA746233924US on April 5th, 2010 via a CERTIFICATE OF DEFAULT AND ASSENT BY NON-RESPONSE AND/OR ANSWER dated March 26th, 2010 File # RA746233924US, settling all matters between the Libelants/Declarants and Libelees per the TERMS OF ACCEPTANCE.

4.  On April 5th, 2010 the undersigned, Notary Public as Witness, also served a contractual notice of demand and settlement of the account in the form of an ACCOUNTING AND TRUE BILL AND FIRST DEMAND FOR PAYMENT dated March 25th, 2010 File # RA746233924US. Notary Public as Witness, Gregory B. Molinar, certifies that no timely response and/or answer, by legal definition, is made by Libelees.

5.  On April 20th, 2010 the undersigned, Notary Public as Witness, served a SECOND TRUE BILL AND DEMAND FOR PAYMENT AND SECOND CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW dated April 13th, 2010 File # RA746233924US. Notary Public as Witness, Gregory B. Molinar certifies no timely settlement, response and/or answer, by legal definition, is made by Libelees.

6.  On May 5th, 2010 the undersigned, Notary Public as Witness, Gregory B. Molinar served a FINAL CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW ACCOUNTING AND TRUE BILL dated April 30th, 2010 File # RA746233924US. Notary Public as Witness, Gregory B. Molinar certifies no timely settlement, response and/or answer, by legal definition, is made by Libelees.

7.  This NOTARIAL PROTEST is NON-NEGOTIABLE and is NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL to which the statements, claims, and answers to the inquiries by *tacit procuration* have all been admitted. This ADMINISTRATIVE JUDGMENT WITH ESTOPPEL is *stare decisis*, *res judicata* and *collateral estoppel*.

File # RA746233924US
Via CERTIFIED MAIL
# 7009 1680 0001 7914 8678

NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

B. certify Protest, for the HOLDER IN DUE COURSE, on Libelees' dishonor of the FINAL CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW dated April 30th, 2010 File # RA746233924US which was served, upon the principle Libelee David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer American Home Mortgage Servicing Inc via Certified Mail # 7009 1680 0001 7914 8661 **on** May 5th, 2010 and served on all other Libelees via First Class US Mail on the same day;

C. Attest to the consent, by Libelees, to the ADMINISTRATIVE JUDGMENT WITH ESTOPPEL for the notarized document: NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY dated February 16th, 2010 File # RA746233924US (in accordance with UCC 3-505).

2. A true and exact copy of the notarized document entitled CERTIFICATE OF DEFAULT AND ASSENT BY NON-RESPONSE AND/OR ANSWER dated March 26th, 2010 File # RA746233924US, was served upon the principle Libelee: David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer American Home Mortgage Servicing Inc via Certified Mail # 7009 1680 0000 3228 5670 on April 5th, 2010**,** and served on all other Libelees via First Class US Mail on the same day.

3. A true and exact copy of the FINAL CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW ACCOUNTING AND TRUE BILL dated April 30th, 2010 File # RA746233924US**,** was served upon the principle Libelee: David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer American Home Mortgage Servicing Inc via Certified Mail # 7009 1680 0001 7914 8661 on May 5th, 2010**,** and served on all other Libelees via First Class US Mail on the same day.

4. This Notarized Document is the official **PROTEST**, **CERTIFICATE OF DISHONOR**, and **NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL** of the NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY Contract, dated February 16th, 2010 File # RA746233924US**,** and is the up to date ACCOUNTING AND TRUE BILL as of May 21st, 2010 and served upon the principle Libelee: David M. Friedman dba; DAVID M FRIEDMAN, President and Chief Executive Officer American Home Mortgage Servicing Inc on May 25th, 2010 via Certified Mail # 7009 1680 0001 7914 8678, and served on all other Libelees via First Class US Mail on the same day, identifying the protest to Libelee's dishonor of the demand for payment contained within the FINAL CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR

File # RA746233924US
Via CERTIFIED MAIL
# 7009 1680 0001 7914 8678

**NOTICE OF ADMINISTRATIVE COMMERCIAL CLAIM
WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY
Gene Arthur Spreitzer and Sheryl Luella Spreitzer, Creditors,
Secured Parties, Real Parties In Interest**

```
A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law
```

<u>CLOSING OF THE ESCROW ACCOUNTING AND TRUE BILL</u> dated April 30th, 2010 File #

RA746233924US.

The above Affidavit is certified true, correct, complete, certain, and not misleading, under the penalty of Perjury.

Bernalillo County          )
                          ) ss
State of New Mexico        )

By: ___Gregory B. Molinar___, Notary Public as Witness, in my capacity as a Notary Public in good standing with the State of New Mexico.

_____
Gregory B. Molinar, Notary Public

```
OFFICIAL SEAL
Gregory B. Molinar
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires  5/28/2013
```

**JURAT**

Bernalillo County          )
                          ) ss
State of New Mexico        )

I, ___MARGARET H. MARTINEZ___, a Notary Public residing in Bernalillo County, New Mexico, did upon proper identification, witness this document being subscribed and affirmed or sworn to before me by ___Gregory B. Molinar___, a Notary Public, on this ___25th___ day of ___MAY___, 2010 and I did witness his signature on the above affidavit.

My commission expires: 5-28-2013          _____
                        seal                        Notary

```
OFFICIAL SEAL
Margaret H. Martinez
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 5-28-2013
```

NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT WITH ESTOPPEL NOTICE OF ADMINISTRATIVE
JUDGMENT WITH ESTOPPEL

942188   Book 2537 of PHOTOS    COPY Page 00320

**942188**          **AMENDED COMMERCIAL AFFIDAVIT OF TRUTH**
**of**
**Gene A Spreitzer**
**This is a verified plain statement of truth**

This Document is intended to replace the Commercial Affidavit of Truth of Gene A Spreitzer, File # 941636 recorded at the Campbell County Clerk's Office in book 2533 of Photos, Pages 00660, 00661, and 00662 recorded on April 28th, 2010.

I, Gene A Spreitzer, depose and say the following:  Gene A Spreitzer (hereafter Affiant and/or Libelant) has personal first hand knowledge of certain facts relevant to matters of AMREICAN HOME MORTGAGE SERVICING INC. (hereafter Libelee).

1.  Affiant has no record or evidence that a valid contract exists, or ever did exist, that requires Libelant to render recompense in any measure, or amount, to Libellee.

2.  Affiant has no record or evidence that Libellee is the Holder in Due Course of any commercial instrument wherein Affiant is liable.

3.  Affiant has no record or evidence that Libellee has provided, an amount for cure, a means of redemption, or an amount for payoff and thereby Libelant is denied an opportunity to cure, and a remedy.

4.  Affiant has no record or evidence that the process, used by Libellee to collect recompense or compel performance from Libellant: a) is not defective; b) does not contain un-Verified amounts for cure, redemption and payoff; c) is not a **COUNTERFEIT SECURITY**.

5.  Affiant has no record or evidence that Libellants ever intended to gift Libellants; original issue labor or property to a banking institution, or corporate public entity or public or private trustee or that Libellants; intention was anything other than to consummate a private sale value for value, and hold private title to property.

6.  Affiant has no record or evidence that Libellants have refused to pay or discharge any valid obligation owed to Libelee.

7.  Affiant has no record or evidence that affiant can be compelled to repay the alleged loan of negotiable instruments in something other than a like kind repayment of negotiable instruments.

8.  Affiant has no record or evidence that Libellee has acquired an interest in an alleged PROMISSORY NOTE AND MORTGAGE (Contract) and has provided to Libellant assurance and a VERIFIED STATEMENT OF ACCOUNT that Libellee has an interest in the alleged contract and is the Holder in Due Course.

9.  Affiant has no record or evidence that the alleged TRUSTEE accepted the trusteeship of the trust, which would complete any alleged contract regarding Libellants' property.

COMMERCIAL AFFIDAVIT OF TRUTH
Re: American Home Mortgage Servicing Inc.    Gene A. Spreitzer              File # RA746233924US
Acct # 4000462160                            Page 1 of 4                    May 12th, 2010

Exhibit   D



10. Affiant has no record or evidence that Libellee has provided, as demanded, any ASSURANCE and a VERIFIED STATEMENT OF ACCOUNT, verifying that Libellee has any interest in the alleged contract thereby showing that Libellee is not responsible for the accounting on amounts that are being demanded.

11. Affiant has no record or evidence that Libellee has provided to Libellants evidence that the original parties to the alleged contract are given "full disclosure" regarding the nature of the transaction and the bookkeeping entries of the Original Creditor which indicate that someone other than Libellants are the parties that funded the alleged loan.

12. Affiant has no record or evidence that Libellee has provided to Libellants evidence that the Original Creditor did not accept something of value from Libellants, resulting in a liability on the books of the Original Creditor, which would be owed to the Libellants, the parties who funded the alleged loan according to Generally Accepted Accounting Principles.

13. Affiant has no record or evidence that Libellee has any contractual agreement with Libellants that grant the Original Creditor permission from Libellants to deny Libellants EQUAL PROTECTION under the alleged contract.

14. Affiant has no record or evidence that Libellee has provided evidence that Libellants cannot legally repay any money, verified and/or assured by "Creditor" to be owed, in the same species of money or money-equivalent used to fund the loan, and/or any of the species of money recognized and authorized by the United States and pursuant to 31 U.S.C. 5103, HJR-192 and Public Law 73-10.

15. Affiant has no record or evidence that Libellant does not HEREBY TENDER OFFER TO PAY THE FULL AMOUNT <u>VERIFIED</u> TO BE OWED, pursuant to UCC 3-603, upon VERIFICATION and/or adequate ASSURANCE of the alleged debt (subject to cross-examination and the penalty of perjury), owed by Libellants, whereas such VERIFICATION, would substantiate to Libellants that neither the "Original Creditor" nor Libellee has perpetrated a fraud upon Libellants; and Libellee is, in fact, the holder in due course of its claims.

16. Affiant has no record or evidence that payment shall be deemed refused by Libellee, and/or no obligation exist, if Libellee does not provide verification and/or adequate assurance of the alleged debt as herein requested, and any debt allegedly owed by Libellants is therefore extinguished as an operation of law.

17. Affiant has no record or evidence that the Administrative Commercial Claim File # RA746233924US, when completed does not settle all matters and any controversy between the parties and does not constitute an agreement between the parties and does not constitute a valid security agreement and can not be scheduled on an appropriate UCC form.

18. Affiant has no record or evidence that the Administrative Commercial Claim File # RA746233924US does not constitute an agreement between the parties for a commercial lien to issue and that perfection by attachment does not occur and is not granted and astipulated.



19. Affiant has no record or evidence that, in part, Libellants' remedy is not provided within the Supplemental Rules of Admiralty, wherein the Remedy to a hostile presentment, which is a criminal scienter act, is to file a Certificate of Exigency with the Clerk of the Court (Warrant Officer), who is then compelled by law to issue warrants for the arrest of any and all offenders.

20. Affiant has no record or evidence that Libellees do not accept, concur and agree to all statements and claims made herein by Libellant, by simply remaining silent pursuant to 5 U.S.C. 556(d).

21. Affiant has no record or evidence that Libellees do not accept, concur and agree that Libellants have exhausted all of Libellants' Administrative Remedies via this document wherein all parties are in agreement either by negotiation, tacit agreement or by the Doctrine of Latches.

22. Affiant has no record or evidence that Libellees do not accept, concur and agree that by Libellees' silence, Libellees give limited power of attorney to sign for and execute for Libellee regarding this perfected Agreement-Contract by Tacit Procuration pursuant to 5 U.S.C. 556(d) to Libellants.

23. Affiant has no record or evidence that Libellants' private use of copyrighted statutes and case law for this private remedy constitutes a public commercial liability for the use of said copyrighted property.

24. Affiant has no record or evidence that Libellees do not admit that the Administrative Commercial Claim, File # RA746233924US, when completed by Certificate of Non-Response and/or answer, and Certificate of Protest by a notary and Apostille of the notary witness, does settle all matters and any controversy between the parties and does constitute an agreement between the parties and does constitute a valid security agreement and can be scheduled and recorded on an appropriate UCC form.

25. Affiant has no record or evidence that Libellees do not admit that the Administrative Commercial Claim, File # RA746233924US, when completed by Certificate of Non-Response and/or answer, and Certificate of Protest by a notary and Apostille of the notary witness, does settle all matters and any controversy between the parties and does constitute admissions by due process, which said admissions can be entered into any case, in any court, as the admissions of the parties.

26. Affiant has no record or evidence that Libellee does not admit that this AFFIDAVIT and the ADMISSIONS contained herein is the only RECORD, as stated herein, and stands as truth in commerce when un-rebutted by affidavit on all points, point for point, and failure to rebut, each and every point, within the time allowed, is deemed an admission of all the points contained in this AFFIDAVIT and ADMISSIONS, including an agreement to the amounts contained in the True Bill.

27. Affiant has no record or evidence that Libellee does not admit that this AFFIDAVIT, as stated herein stands as truth in commerce when un-rebutted by affidavit on all points, point for

point and failure to rebut, each and every point, is deemed a quieting of title, and that no superior claim than that of Libellants exists to the subject property.

28. Affiant has no record or evidence that Federal Statute 46 USC 748, and Federal Statute 50 App USC 7, 9 & 32 can not apply to Libellant's property.

COPY

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

I, Gene Arthur Spreitzer, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

By Gene Arthur Spreitzer, Real Party in Interest,
UCC 3-402(b)(1)

Signature, Gene Arthur Spreitzer, Real Party in Interest

### JURAT

Campbell County          )
                         ) ss
State of Wyoming         )

The above named Affiant and/or Libellant, Gene Arthur Spreitzer appeared before me, a Notary Public, subscribed and sworn under oath this _12th_ day of _May_, 2010.

My commission expires _Sept 18, 2013_          _Lalia J. Jagers_
          seal                                        Notary

LALIA J. JAGERS - NOTARY PUBLIC
County of Campbell     State of Wyoming
My Commission Expires Sept. 18, 2013

942188  Recorded on  5/12/2010  at 11.00.00   Fee  17.00
Book    2537  of PHOTOS                        Pages  320  to  323
Susan F. Saunders, Campbell County Clerk       by: L. GROSE

RECORDED ✓
ABSTRACTED
INDEXED ✓✓
CHECKED

COMMERCIAL AFFIDAVIT OF TRUTH
Re: American Home Mortgage Servicing Inc.     Gene A. Spreitzer          File # RA746233924US
Acct # 4000462160                              Page 4 of 4               May 12th, 2010

## AFFIDAVIT OF MAILING

This is to declare that I, ___Gregory B. Molinar___, a Notary Public, personally have on this

19th day of January, 2011 placed true and exact copies of:

1. NOTICE WITHIN THE ADMIRALTY OF THE FILING OF FOREIGN JUDGMENT BY ESTOPPEL

2. NOTICE OF COMMERCIAL LIEN (with attachments)

3. certified copy of the "UCC Financing Statement" (with Apostille attached), Document Id, 2010-44171231 filed on June 8th, 2010, 01:13 PM, at Secretary of State in the State of Wyoming, (labeled Exhibit A);

4. certified copy of the "Amended Affidavit of Obligation / Commercial Lien", dated June 16th, 2010, recorded in the Campbell County Clerk and Recorder's Office in the State of Wyoming, Receipt # 943572, filed in Book 53 of Liens, Pages 275 – 281, on June 17th, 2010, at 9:00:00 AM, (labeled Exhibit B);

5. copy of the "Notarial Protest and Certificate of Dishonor and Notice of Administrative Judgment with Estoppel", File No. RA746233924US Dated May 24th, 2010, (labeled Exhibit C);

6. copy of the "Amended Commercial Affidavit of Truth of Gene A Spreitzer", Receipt # 942188, filed in Book 2537 of Photos, Page #s 320 - 323, on May 12th, 2010, at 11:00: AM, in the Campbell County Clerk and Recorder's Office in the State of Wyoming, (labeled Exhibit D);

7. and a copy of this Affidavit of Mailing Into an envelope, sealed and sent via U.S. Certified Mail # 7009 1680 0001 7914 7541 Return Receipt requested, first-class postage prepaid, addressed to:

U.S. Dist. Court of Wyoming
2120 Capitol Avenue
2nd Floor
Cheyenne, WY 82001-3658



> **(This envelope contains the original documents "NOTICE WITHIN THE ADMIRALTY OF THE FILING OF FOREIGN JUDGMENT BY ESTOPPEL" and the "NOTICE OF COMMERCIAL LIEN (with attachments)" for filing, one (1) additional copy for the Court, a copy of each of these documents to be file # and date stamped by the Clerk of the Court and returned for my records, and a self addressed postage pre-paid envelope to return the file # and date stamped documents.)**

and sent true and exact copies via U.S. Certified Mail # 7009 1680 0001 7914 7558 Return Receipt requested, first-class postage prepaid, addressed to:

Deutsche Bank National Trust Company, as trustee for
Ameriquest Mortgage Securities Inc., Asset-Backed PassThrough
Certificates, Series 2003-11
601 Riverside Ave Building 5, Suite 200
Jacksonville, FL 32204

Affidavit of Mailing Notice of Foreign Judgment and Commercial Lien
Re: Deutsche Bank National Trust Company.                    Page 1 of 3                                        January 14th, 2011
as trustee for Ameriquest Mortgage Securities Inc.      VOID WHERE PROHIBITED BY LAW      File # RA746233924US

and sent true and exact copies via U.S. Certified Mail # 7009 1680 0001 7914 7565 Return
Receipt requested, first-class postage prepaid, addressed to:

Patricia Anne Michitsch
Castle Stawiarski, LLC
330 S. Walsh Drive, Ste. 202
Casper, WY 82609

and sent true and exact copies via U.S. First Class Mail prepaid, addressed to:

David M. Friedman
American Home Mortgage Servicing Inc.
1525 S Belt Line Rd
Coppell, TX  75019-4913

Seth H. Waugh
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 Wall St
New York, NY  10005-2836

John A Ross
Taunus Corp
60 Wall St
New York, NY  10005-2836

Wilbur L. Ross Jr.
WL Ross and Co. LLC
1166 Avenue of the Americas
New York, New York 10036



Leo Stawiarski
Moss CODILIS LLP
6560 Greenwood Plz Blvd. St 100
Englewood CO 80111-7100

ERIC HOLDER
U.S. Department of Justice,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

TIMOTHY GEITHNER
Department of the Treasury,
1500 Pennsylvania Ave., NW,
Washington, DC 20220

Affidavit of Mailing Notice of Foreign Judgment and Commercial Lien
Re: Deutsche Bank National Trust Company.          Page 2 of 3                                    January 14th, 2011
as trustee for Ameriquest Mortgage Securities Inc.     VOID WHERE PROHIBITED BY LAW          File # RA746233924US

Bernalillo  County                )
                                  )  ss
State of New Mexico               )



Gregory B. Molinar, Notary Public

**JURAT**

Bernalillo  County                )
                                  )  ss
State of New Mexico               )

I, <u>Margaret H. Martinez</u>,  a Notary Public residing in Bernalillo County, New Mexico, did upon proper identification, witness this document being subscribed and affirmed or sworn to before me by <u>Gregory B. Molinar</u>, a Notary Public, on this <u>19th</u> day of <u>January, 2011</u> and I did witness his signature on the above affidavit.

Notary Public

My commission expires: <u>May 28, 2013</u>

COPY

Affidavit of Mailing Notice of Foreign Judgment and Commercial Lien
Re: Deutsche Bank National Trust Company.          Page 3 of 3                    January 14th, 2011
as trustee for Ameriquest Mortgage Securities Inc.    VOID WHERE PROHIBITED BY LAW    File # RA746233924US